THE BANK OF BRITISH NORTH AMERICA, Appellant, *v.* RICHARD DELAFIELD, Respondent.

*Bank of British N. America* v. *Delafield*, 80 Hun, 564, affirmed.
(Argued February 5, 1897; decided March 2, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered December 14, 1894, which affirmed a judgment in favor of defendant entered upon a verdict directed by the court, and also affirmed an order denying a motion for a new trial.

*Hugh L. Cole* and *Mark Winslow Potter* for appellant.

*John E. Parsons* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except HAIGHT, J., absent.

---

CHRISTOPHER O'CONOR, Appellant, *v.* OSCAR EDWARD PHILIPSEN, Impleaded, etc., Respondent.

*O'Conor* v. *Philipsen*, 74 Hun, 68, affirmed.
(Argued February 9, 1897; decided March 2, 1897.)

APPEAL from an order of the General Term of the Supreme Court in the second judicial department, entered December 30, 1893, which reversed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granted a new trial.

*Thomas W. Butts* for appellant.

*Wilson Brown, Jr.,* for respondent.

Order affirmed and judgment absolute ordered for the defendant, with costs; no opinion.
All concur, except HAIGHT, J., absent.